IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT,<br><br>    Plaintiff,<br><br>v.<br><br>JANINA MARIA ELDER-HOSKINS,<br><br>    Defendant._____/ | No. C 13-00328 CRB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Appellant Patricia Hewlett, appearing pro se, has requested additional time (in an unspecified amount) to file her opening brief in this appeal from the Bankruptcy Court, citing her ongoing attempts to secure counsel and prepare the brief herself. See dkt. 8. Good cause appearing therefor, the Court GRANTS Hewlett's motion. The deadline for her opening brief is extended from March 11, 2013 to April 8, 2013.

**IT IS SO ORDERED.**

Dated: March 4, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\0328\order granting continuance.wpd